UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBSON FORENSIC, INC., <br>            Plaintiff, <br> <br> v. <br> <br> ANTHONY J. SHINSKY and <br> EXIGENT GLOBAL, INC., <br>            Defendants. | : <br> : <br> : <br> : No.   5:22-cv-1309 <br> : <br> : <br> : <br> : |

# O R D E R

**AND NOW**, this 22nd day of April, 2022, upon consideration of Plaintiff's Motion for Temporary Restraining Order, ECF No. 4, Plaintiff's Motion for Expedited Discovery, ECF No. 5, Defendants' responses to the pending motions, ECF Nos. 20 and 21, Plaintiff's replies in support of its pending motions, ECF Nos. 24 and 26, Defendants' sur-reply, ECF No. 32, and for the reasons set forth in the Court's Opinion issued this date, **IT IS ORDERED THAT:**

1. Plaintiff's Motion for a Temporary Restraining Order, ECF No. 4, is **DENIED**.

2. Plaintiff's Motion for Expedited Discovery, ECF No. 5, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge